

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00666-CV

**IN RE** Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On November 21, 2014, real parties in interest Tom Hall, Law Offices of Thomas C. Hall, P.C., and Blake Dietzmann, filed an unopposed motion requesting a second extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real parties in interest is due by December 16, 2014.

It is so **ORDERED** on November 24, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI-03086, styled *Tom Hall, Thomas C. Hall, P.C. as Successor in Interest to Hall & Bates, L.L.P., Blake Dietzmann, Tim Patton and Timothy Patton, P.C. v. Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Dean Davenport, WAD, Inc., Water Exploration Co., Ltd., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC,* pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.